IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 13-cv-2075-JLK

In Re:

MARVIN KENNETH GARDNER, JR., and KAY LOUISE GARDNER,

    Debtors.

MARVIN K. GARDNER, JR., and KAY LOUISE GARDNER,

    Appellants,

v.

JOHN RUDISILL and RUDISILL GARDNER AND ZEMAN, P.C.,

    Appellees.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS APPEAL

THE COURT, having reviewed the Unopposed Motion To Dismiss Appeal (doc. #15), filed December 6, 2013 by the Appellees, and being fully advised in the premises, hereby

ORDERS that the Motion is **GRANTED**. It is

FURTHER ORDERED that the above-captioned Appeal is **DISMISSED WITH PREJUDICE**.

DATED this 6th day of December, 2013.

                BY THE COURT:

                *s/John L. Kane*
                John L. Kane, Senior Judge
                United States District Court